JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B., <br><br> Plaintiff, <br><br> vs. <br><br> NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation, <br><br> Defendant. | Case No. 8:14-cv-00967-AB-AN <br><br> Judge: Hon. André Birotte, Jr <br> Ctrm: 4 <br><br> **[~~AMENDED PROPOSED~~] JUDGMENT** <br><br> Complaint Filed: June 23, 2014 <br> Trial Date: October 27, 2015 |

  The Motion of Defendant NETWORK CAPITAL FUNDING CORPORATION ("Defendant") for Summary Judgment came on regularly for hearing by the Court on August 24, 2015.  After considering the papers submitted in connection with the Motion, oral argument of counsel and all other evidence submitted, the Court granted Defendant's Motion for Summary Judgment.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

  1. Final Judgment is entered in favor of Defendant and against Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for INDYMAC BANK, F.S.B. ("Plaintiff") on Plaintiff's Complaint.

/ / /

2. As the prevailing party in this litigation, Defendant is entitled to recover costs. Fed. R. Civ. P. 54(d)(1); L.R. 54-1. In accordance with Local Rule 54-2, Defendant shall file its Notice of Application to the Clerk to Tax Costs and Proposed Bill of Costs within fourteen (14) days after the entry of this Judgment.

3. Defendant may seek reimbursement of its reasonable attorney's fees to the extent allowed by applicable law, pursuant to a noticed motion.

DATED: September 14, 2015

_____

Hon. André Birotte Jr.

United States District Court Judge